

So Ordered,

/s/(ARR)
_____
Allyne R. Ross, U.S.D.J. 6/17/2022

Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY RIGGS,<br><br>Plaintiff,<br><br>v.<br><br>ZURN WATER SOLUTIONS CORPORATION, TODD A. ADAMS, MARK S. BARTLETT, JACQUES DONAVON BUTLER, THOMAS D. CHRISTOPOUL, DAVID C. LONGREN, GEORGE C. MOORE, ROSEMARY M. SCHOOLER, JOHN S. STROUP, and PEGGY N. TROY,<br><br>Defendants. | Case No: 1:22-cv-02209-ARR-TAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Rodney Riggs hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: June 16, 2022

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600

Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Daniel Sadeh, hereby certify that on June 16, 2022, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: June 16, 2022                    /s/ Daniel Sadeh
                                        Daniel Sadeh